BEFORE: WILLIAM D. WALL                               DATE: 5/4/04

UNITED STATES MAGISTRATE JUDGE                        TIME: 9:30 a.m.
DOCKET NO. CV 02-4985                                 ASSIGNED JUDGE: Seybert

CASE NAME: Martinez v. County of Nassau et al.

## CIVIL CONFERENCE

Initial _____   Status __X__   Settlement _____   Pretrial _____

Other _____

APPEARANCES:   Plaintiff     Anthony Grandinette

               Defendant     Liora Ben Sorek

SCHEDULING:

1.   The next _____ conference will be held on _____

THE FOLLOWING RULINGS WERE MADE:

                                                      SO ORDERED