BEFORE: WILLIAM D. WALL                                         DATE: 6/17/04

UNITED STATES MAGISTRATE JUDGE                          TIME: 3:00 p.m.

DOCKET NO. CV 02-4985                           ASSIGNED JUDGE: Seybert

CASE NAME: Martinez v. The County of Nassau, et al.

CIVIL CONFERENCE

Initial _____ Telephone-Status/Settlement __X__ Pretrial _____

Other _____

APPEARANCES:   Plaintiff    Anthony Grandinette

               Defendant   Liora Ben Sorek

SCHEDULING:

1. The next _____ conference will be held on _____

THE FOLLOWING RULINGS WERE MADE:

The case is settled on the record. A stipulation of settlement will be filed.