UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
Jose Anibal Martinez

    -V-

                                  ORDER OF DISCONTINUANCE
                                  CV 02-4985 (JS)(WDW)

The County of Nassau, et al.
---------------------------------------X

APPEARANCES:
FOR PLAINTIFF(S):
Anthony M. Grandinette, Esq.
Grandinette & Serio
114 Old Country Rd.
Mineola NY 11501


FOR DEFENDANT(S):
Liora M. Ben-Sorek, Esq.
Nassau County Attorney's Office
1 West St.
Mineola NY 11501


SEYBERT, DISTRICT JUDGE:

    It was reported to Magistrate Judge William D. Wall at a status conference on Jun. 17, 2004, that the above-captioned action has settled. To date, a stipulation of discontinuance has not been received.

    IT IS HEREBY ORDERED, that this action is discontinued, without cost, and without prejudice to the right to reopen the action if the settlement is not consummated.

    SO ORDERED.


Dated:  Central Islip, New York
         Jul. 27, 2004

