UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSE ANIBAL MARTINEZ,                             CV-02-4985   (JS) (WDW)

                          Plaintiff,

          - against -                                    STIPULATION AND ORDER
                                            OF DISMISSAL

THE COUNTY OF NASSAU,
POLICE COMMISSIONER WILLIAM J.
WILLETT, DETECTIVE LIEUTENANT
FRANK GUIDICE, DETECTIVE
SERGEANT DANIEL SEVERIN,
DETECTIVES JOHN M. HOLLAND,
EDWIN TRUJILLO, OFFICER GEORGE
HOLLA, SERGEANT GATCHULL
WONG AND JOHN DOES 1-5,
                          Defendants.
------------------------------------------------------X

       IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice.

       In addition, plaintiff's counsel, Grandinette & Serio, LLP represents that the ramifications of this Stipulation and Order of Dismissal have been explained to plaintiff, Jose Anibal Martinez,

in his native Spanish language and that he has consented and authorized his counsel to execute this document on his behalf.

Dated: Mineola, New York
      July 8, 2004

| | |
|---|---|
| GRANDINETTE & SERIO, LLP | LORNA B. GOODMAN<br>Nassau County Attorney |
| By: _____<br>Anthony Grandinette (AG-5913)<br>114 Old Country Road<br>Mineola, New York 11501<br>(516) 248-5317<br>Attorneys for Plaintiff | By: _____<br>Liora M. Ben-Sorek (LMB 1971)<br>Deputy County Attorney<br>One West Street<br>Mineola, New York 11501<br>(516) 571-3014<br>Attorneys for Defendants |

SO ORDERED:

_____
JOANNA SEYBERT, U.S.D.J.